UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILLIP JEROME GARDNER,                  :

               Plaintiff,                :

                                :          07-CV-3982 (RJS)

   -against-                             :

ELI LILLY COMPANY, INC., THE          :
DEPT. OF MHU OF RIKERS ISLAND      :         **RULE 7.1 STATEMENT**
C-73, C-95 AND C-71; NIC                   :
DOWNSTATE CORRECTIONAL           :
FACILITY; GREEN HAVEN                :
CORRECTIONAL FACILITY; ATTICA     :
CORRECTIONAL FACILITY;              :
BROOKLYN HOUSE MEN OF              :
DETENTSION,                           :

               Defendants.        :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Eli Lilly & Company, by its undersigned attorneys, certifies that it has no subsidiaries or affiliates which are publicly held.

Dated: New York, New York
        October 5, 2007

                                                            PEPPER HAMILTON LLP

                                                            By:_____
                                                                Samuel J. Abate, Jr. (SA 0915)
                                                          The New York Times Building
                                                          620 Eighth Avenue
                                                          New York, NY 10018
                                                          (212) 808-2700

                                                            and

Nina M. Gussack
Matthew J. Hamilton
Charles J. Kocher
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Defendant
Eli Lilly and Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILLIP JEROME GARDNER,

                Plaintiff,

                                                                   07-CV-3982 (RJS)

   -against-

ELI LILLY COMPANY, INC., THE
DEPT. OF MHU OF RIKERS ISLAND                     **AFFIDAVIT OF SERVICE**
C-73, C-95 AND C-71; NIC
DOWNSTATE CORRECTIONAL
FACILITY; GREEN HAVEN
CORRECTIONAL FACILITY; ATTICA
CORRECTIONAL FACILITY;
BROOKLYN HOUSE MEN OF
DETENTSION,

                Defendants.
------------------------------------------------------------X

The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

      That, on the 5th day of October, 2007, the undersigned caused to be served the within RULE 7.1 STATEMENT by first class mail upon:

      Pro Se Phillip Jerome Gardner
      #00-A-1955
      Sullivan Correctional Facility
      P.O. Box 116
      Fallsburg, NY 12733-0116

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                                  Marie Ramos

Sworn to before me this
5th day of October, 2007

_____
Notary Public

MICHAEL PAUTZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009